**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cassie Brittman, ) | No. CV-08-1584-PHX-DGC |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| United Student Aid Funds, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

Plaintiff Cassie Brittman filed a pro se complaint against Defendants in Maricopa County Justice Court. Dkt. #1 at 5. The complaint alleges that Defendants have improperly put $134,000 in student loan debt on Plaintiff's credit reports and have called and harassed Plaintiff and others regarding the debt. *Id.* The action has been removed to this Court. Dkt. #1.

Plaintiff has filed a motion for appointment of counsel. Dkt. #19. Plaintiff asserts that appointed counsel is required in this case under the Soldiers and Sailors Civil Relief Act, but provides no facts or legal authority in support of this assertion. *See id.* The Court cannot conclude at this early stage of the litigation, and on the record before it, that the appointment of counsel is appropriate. *See Wilborn v. Escalderon*, 789 F.2d 1328, 1331 (9th Cir. 1986) (district courts have discretion to appoint counsel in civil cases only in "exceptional circumstances"). The Court accordingly will deny the motion for appointment of counsel without prejudice.

1  Plaintiff requests that the Court order Defendants to remove from Plaintiff's credit
2 reports the student loan debt Defendants claim Plaintiff owes them. Dkt. #19. To the extent
3 Plaintiff seeks declaratory or preliminary injunctive relief, she has not made a showing
4 sufficient to obtain such relief. The Court cannot, on the record before it, grant the relief
5 requested by Plaintiff.

6  **IT IS ORDERED** that Plaintiff's motion for appointment of counsel and request for
7 declaratory or injunctive relief (Dkt. #19) are **denied** without prejudice.

8  DATED this 6th day of February, 2009.

_____
David G. Campbell
United States District Judge